```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _MAY 1 5 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Patrick Morrison,

           Plaintiff,

   -against-

Doctor Mamis,

           Defendant.
------------------------------------------------------------X

08 Civ. 4302 (PAC)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ | ____ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| ____ | Habeas Corpus | ____ | Social Security |
| ____ | Settlement: | **X** | Dispositive Motion (i.e. motion requiring a Report and Recommendation) |

\* Do not check if already referred for general pretrial

Dated:  New York, New York
        May 14, 2008

SO ORDERED

*Paul A. Crotty* (signature)
PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Patrick Morrison
07-B-1911
Fishkill Correctional Facility
P.O. Box 1245
Beacon, NY 12508

1