

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/24/08

ELIOT SPITZER
Attorney General

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

JAMES B. HENLY
Assistant Attorney General in Charge
Litigation Bureau



June 24, 2008

*Via Facsimile*
Honorable Andrew J. Peck
United States District Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED** 6/4/08
APPROVED.

SO ORDERED
_____
Hon. Andrew Jay Peck
United States Magistrate Judge

Re:   **Morrison v. Mamis**
      08 Civ. 4302 (PAC)(AJP)

Dear Judge Peck:

I am an Assistant Attorney General in the Office of Eliot Spitzer, Attorney General of the State of New York, counsel for defendants. I am writing respectfully to request an extension of time for defendants to answer or otherwise move with respect to the above-captioned complaint, up to and including July 18, 2008. Defendant Mamis was served with a copy of the complaint on June 11, 2008, making his responsive pleading due by July 1, 2008.

This is the defendants' first request for an extension of time. Plaintiff has not been consulted because of the difficulties in communicating with pro se inmates.

The reason for the extension request until July 18, 2008 is to allow the Office of the Attorney General to make the appropriate representation determination for Dr. Mamis under the New York Public Officers' Law §17 and to file an appropriate responsive pleading. Additionally, due to a personal matter, I will be out of the office until after the original responsive pleading due date. I thank the Court for its consideration in this matter.

Respectfully submitted,

Julia H. Lee (JL 3952)
Assistant Attorney General

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us

                   212-416-6234 (telephone)
                   212-416-6075 (facsimile)

cc:  Patrick Morrison, plaintiff <u>pro se</u>

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** June 24, 2008

**Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Julia H. Lee, Esq. | 212-416-6075 |
|  |  |
|  |  |

MEMO ENDORSED 6/24/08

APPROVED.

Copies to:   Patrick Morrison (Mail)
             Judge Paul A. Crotty