UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PATRICK MORRISON,

     Plaintiff,

  -against-

DOCTOR MAMIS,

     Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/24/08

08 Civ. 4302 (PAC) (AJP)

<u>RULE 16 SCHEDULING ORDER</u>

**ANDREW J. PECK, United States Magistrate Judge:**

  Pursuant to Rule 16, Fed. R. Civ. P., IT IS HEREBY ORDERED THAT:

  1. Any motion to join parties or amend the pleadings must be made by July 18, 2008.

  2. All fact and expert discovery must be completed by October 17, 2008. Expert reports must be served by October 1, 2008. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due July 18, 2008.

  3. Each party will notify this Court (and the District Judge) by October 20, 2008 as to whether it intends to move for summary judgment and, if required by the District Judge's chamber rules, request a pre-motion conference. Assuming pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed by November 7, 2008 if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules

C:\ORD\16RULES

of the District Judge to whom this case is assigned (including any pre-motion conference requirements of the District Judge).

4.  The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by November 7, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5.  A status conference will be held before the undersigned on July 22, 2008 at 9:30 a.m. in Courtroom 20D (500 Pearl Street). Defense counsel is to arrange for plaintiff, Mr. Morrison, to appear telephonically by calling chambers (212-805-0036) at the scheduled time.

6.  The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

. SO ORDERED.

DATED: New York, New York
June 24, 2008

Andrew J. Peck
United States Magistrate Judge

Copies to: Patrick Morrison (Mail)
Julia H. Lee, Esq. (Fax)
Judge Paul A. Crotty

C:\ORD\16RULES