Dear Honorable Judge Peck    08-civ-4302(PAC)

On June 30, 2008 I recieved a letter from the another Attorney General in Rochester New York saying a Attorney General by the name of Timothy Small obtained my medical records. I never gave any authorization for him to have my medical records, I never ever spoking with a Timothy Small or recieved anything in writting from a Timothy Small = Dont know who he is. For the civil case i having in your court against Doctor Mamis, Its another Attorney General representing him by the name of Julia H Lee for case 08-civ-4302(PAC) I never even gave her authorization to obtain any of my personal information. I Dont know a Timothy Small and I dont why would he want such documents about me. This is a possible illegal act committed by him and the Attorney General in Rochester NY. The Attorney General's name in Rochester NY is Emil J. Bove JR. Im gonna notify the Federal Bureau of Investigation and the Attorney General's office in Albany Because I dont know whats going on. Please can you look into this ASAP Because I'm really worried. Thank you.

I have the letter right here.



Patrick Morrison
078191

7/3/08 ① Ms Lee to respond to pltf letter
② In the future, Mr Morrison may not write to the Court without sending copies to Ms Lee & my [chambers?] office.
cc: Mr Morrison
    Ms Lee (fax)
    Judge Crotty

MEMO ENDORSED
SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

RECEIVED JUL -3 2008 CHAMBERS OF ANDREW J. PECK

BY FAX

USDC
DOC...
ELECTRONICALLY FILED
DOC# ____
DATE FILED: 7/3/08

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** July 3, 2008                                   **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Julia H. Lee, Esq. | 212-416-6075 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/3/08**

1.  AAG Lee is to respond to this letter.

2.  In the future, Mr. Morrison may <u>not</u> write to the Court unless he copies the Attorney General's Office.


Copies to:   Patrick Morrison (Mail)
             Judge Paul A. Crotty